UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------X
KANAYO N. RUPWANI, et al.,    :
                              :
       Plaintiffs,            :
                              :    3:01 CV 2087 (GLG)
   -against-                  :        ORDER
                              :
JOSEPH E. KUSIAK, et al.,     :
                              :
       Defendants.            :
------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge.

\_\_\_   A ruling on all pretrial motions except dispositive motions.

\_\_\_   To supervise discovery and resolve discovery disputes.

\_\_\_   A ruling on the following motion which is currently pending:

**_X_**   Settlement conference.

\_\_\_   A conference to discuss the following:

\_\_\_   Other:

**SO ORDERED.**

**March 15, 2004**
**Waterbury, Connecticut.**

                                              /s/
                                     Gerard L. Goettel
                              United States District Judge