**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------------------------------x
KANAYO N. RUPWANI, et al,              :
      Plaintiffs,                      :
                                       :
      v                                :          CIVIL NO: 3:01cv2087 (GLG)
                                       :
JOSEPH E. KURIAK,                      :
Seymour Official, I/O, et al,          :
      Defendants.                      :
-------------------------------------------------------x
```

### CALENDAR AND STATUS/SETTLEMENT CONFERENCE ORDER

This case is scheduled for a settlement conference with the Honorable William I. Garfinkel,

United States Magistrate Judge on April 30, 2004 at 2:00 p.m. at the United States District Court, 915

Lafayette Blvd., Room 429, Bridgeport, CT.  Local counsel will notify any pro hac vice counsel of the

date and time of the conference.

The purpose of the conference is to give the parties the opportunity to consider settlement

before additional expense.  Attorneys' fees and other resources are expended.  In their representation of

clients and fulfillment of obligations to the Court, counsel must approach this conference in good faith

and with the preparation necessary to resolve the issues in the case.

**The parties are hereby ordered to be present at the conference.**  If a party is a legal entity,

not an individual, a representative of the party who is fully authorized to decide all matters pertaining

to the case will be present at the conference.  The Court will not hold a settlement conference without

all parties present.  Availability of a party by phone is not permitted without the authorization of the

Court.  In cases where a party requires authority from an insurer to settle the case, the party will ensure

that an insurance company representative with full authority to settle the case is present at the

conference.  Failure of a party with full authority to settle the case to attend the conference may result

in the imposition of sanctions.  The parties should be prepared to spend the entire day in the settlement

conference.

**Not later than five (5) days prior to the conference**  counsel will submit to the Magistrate

Judge, an ex parte, confidential conference memorandum.   The memorandum will set  forth the legal

elements of the claims and defenses made, the factual basis for the claims and defenses, the discovery

anticipated, the time required for the anticipated discovery, the substantive motions contemplated, and

the amount and nature of any demands and/or offers made to date.   Counsel will be prepared to discuss

a reasonable resolution of the case consistent with its merits.  Any requests pertaining to the conference

will be made to the Chambers of the Magistrate Judge  in writing, or by telephone and confirmed in

writing.  Any counsel requesting continuances, which will be considered only for good cause clearly

shown, will consult with counsel for all other parties before making the request and, in the event of a

continuance, will notify all parties of the new date and time.

If the case is resolved after the issuance of this order, the parties will contact Judge Garfinkel's

Chambers before the date of the settlement conference to advise the Court of the existence of the

settlement.

SO ORDERED this 2nd  day of April  2004 at Bridgeport, Connecticut.


_____/s/_____
William I. Garfinkel
United States Magistrate Judge