UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 30, 2004

2:00 p.m.

*Held 2 hours*

CASE NO. **3:01cv2087 (GLG)**    Rupwani, et al vs. Kuriak, et al

David S. Doyle
The Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510


Raymond J. Kelly
Kelly & Mooney
2452 Black Rock Tpke.
Fairfield, CT 06432-2407


James P. Mooney
Kelly & Mooney
2452 Black Rock Tpke.
Fairfield, CT 06432-2407


Robert Nastri Jr.
60 North Main St, 2nd Flr
Waterbury, Ct 06702


James J. Nugent
Nugent & Bryant
236 Boston Post Rd.
Orange, CT 06477-3207


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK