UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAY 28, 2004

3:01CV2087 (RNC)        RUPWANI VS. KUSIAK

NOTICE TO COUNSEL

     We have transferred the above-captioned case from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Robert N. Chatigny, Chief United States District Judge, who sits in Hartford. Counsel shall file all future filings with the Office of the Clerk, United States District Court, 450 Main Street, Hartford, CT 06103. The initials "RNC" should appear after the case number.

                         By Order of the Court

                         Kevin F. Rowe, Clerk