FILED

2004 JUL -6  P 2: 27

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| KANAYO N. RUPWANI AND<br>PATRICIA RUPWANI, | : | CIVIL ACTION NO.<br>301CV02087 ~~(GLG)~~ (RNC) |
|---|---|---|
| **Plaintiffs** | : | |
| VS. | : | |
| JOSEPH E. KUSIAK, SCOTT<br>BARTON, ROBERT LOOKER,<br>ROBERT NASTRI, JR. and<br>TOWN OF SEYMOUR | : | July 1, 2004 |
| **Defendants** | : | |

### MOTION TO DISMISS

The Plaintiffs, Kanayo N. Rupwani and Patricia Rupwani, hereby move, pursuant to Fed. R. Civ. P. 41(a)(2), that the Complaint against all Defendants be dismissed, with prejudice and without costs, an amicable resolution having been reached between those parties. All claims by all parties have at this point been resolved, and this case may be closed.

Dated:   Orange, Connecticut

, 2004

*July 6, 2004. Granted. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

2004 JUL -6 P 2: 27  FILED
U.S. DISTRICT COURT
HARTFORD, CT.